

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>            Plaintiff,<br>    vs.<br><br>GERARDO ALANN FELIX GARAY; MARY GARCIA ROJAS; CYNTHIA ANN ROJAS; CHRISTINA MONTECINO; GABRIEL ROJAS; ANITA ROJAS, individually and as Guardian ad Litem for BRANNON JONAH CLAYTON; and DOES 1 to 50, inclusive,<br>            Defendants. | Case No.: 1:14-CV-00138-AWI-JLT<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT GERARDO ALANN FELIX GARAY TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 17)** |

**ORDER**

Having read and considered the parties Second Stipulation to Extend Gerardo Alann Felix Garay's Time to Respond to the First Amended Complaint, good cause appearing and pursuant to the stipulation agreed to by all parties, the Court issues the following Order: The deadline for Defendant Gerardo Alann Felix Garay to respond to Plaintiff's First Amended Complaint is now April 18, 2014.

IT IS SO ORDERED.

Dated:   **April 4, 2014**                             **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE