

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>      Plaintiff,<br>vs.<br><br>GERARDO ALANN FELIX GARAY, et al.,<br>      Defendants. | Case No.: 1:14-CV-00138-AWI-JLT<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT GERARDO ALANN FELIX GARAY TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 19)** |

    Based upon the stipulation of counsel, the Court **GRANTS** the stipulation. Gerardo Garay's responsive pleading SHALL be filed no later than May 9, 2014. **Absolutely no further extensions of time will be granted beyond May 9, 2014.**

IT IS SO ORDERED.

    Dated:  **April 23, 2014**                  **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE