## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>GERARDO ALANN FELIX GARAY, et al.,<br><br>              Defendants. | Case No.: 1:14-CV-00138  AWI JLT<br><br>ORDER GRANTING STIPULATION TO FILE AMENDED ANSWER AND AMENDED COUNTERCLAIM<br><br>(Doc. 28) |

Before the Court is the stipulation of counsel to allow Defendants to file an amended answer and an amended counterclaim.  (Doc. 28)  Good cause appearing, the Court **ORDERS**:

1. The stipulation allowing the filing of the first amended answer and first amended counterclaim and demand for jury trial (Doc. 28) is **GRANTED**;

2. Within two court days, Defendants SHALL file the proposed first amended answer and first amended counterclaim and demand for jury trial attached to the stipulation;

3. Plaintiff/Counterdefendant SHALL have 21 days from the electronic service of the first amended counterclaim and demand for jury trial to respond.

IT IS SO ORDERED.

Dated:   **July 10, 2014**                           **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE