1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | Case No. 1:14-CV-00138-AWI-JLT |
| Plaintiff, | |
| v. | **ORDER RE: STIPULATION FOR PROTECTIVE ORDER** |
| GERARDO ALANN FELIX GARAY; MARY GARCIA ROJAS; CYNTHIA ANN ROJAS; CHRISTINA MONTECINO; GABRIEL ROJAS; ANITA ROJAS, individually and as Guardian ad Litem for BRANNON JONAH CLAYTON; and DOES 1 to 50, inclusive, | |
| Defendants. | |
| MARY GARCIA ROJAS; CYNTHIA ANN ROJAS; CHRISTINA MONTECINO; GABRIEL ROJAS; and ANITA ROJAS, | |
| Counterclaimants, | |
| v. | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| Counterdefendant. | |

1

1  Based on the Stipulation for Protective Order filed by the parties and good
2  cause appearing,

3  **IT IS ORDERED** that the Stipulation for Protective Order, the terms of
4  which are set forth in said separate document, be in force as a Protective Order of
5  this Court, and that the parties, persons and entities to whom Plaintiff Nationwide
6  Agribusiness Insurance Company's Confidential Documents, information and
7  materials be released shall be subject to and bound by the terms and conditions of
8  the Stipulated Protective Order.

9
10 IT IS SO ORDERED.

11  Dated:   **October 24, 2014**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE