# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO ALANN FELIX GARAY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00138 - AWI- JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINES RE: EXPERT DISCOVERY<br><br>(Doc. 45) |

Before the Court is the stipulation of counsel to delay discovery related to experts in light of the motion to amend the counterclaim to add Peerless Insurance Company as a counterdefendant. (Doc. 45) Counsel assert that delay would save resources and, of course, if the amendment is permitted, it is likely that non-expert discovery would have to be reopened to allow the newly added party to discover the case. Thus, the Court finds good cause to amend the case schedule as follows:

1. The parties SHALL disclose all experts no later than 3/20/15;
2. The parties SHALL disclose all rebuttal experts no later than 4/17/15;
3. All expert discovery SHALL be completed no later than 5/22/15;

///

///

///

1

**No other modifications to the case schedule are authorized.[1]**

IT IS SO ORDERED.

Dated: **February 17, 2015**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Presumably counsel appreciate that their proposed amended schedule may mean that they will be precluded from filing non-dispositive motions related to experts.