# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) Case No.: 1:14-cv-00138 - AWI- JLT |
|---|---|
| Plaintiff, | ) ORDER AMENDING CASE SCHEDULE |
| v. | ) |
| GERARDO ALANN FELIX GARAY, et al., | ) |
| Defendants. | ) |

On February 23, 2015, the Court granted Counterclaimants' motion to file a second amended counterclaim. (Doc. 48) The counterclaim named Peerless Insurance Company as an additional crossdefendant and Peerless answered on April 6, 2015. (Doc. 53) In light of the appearance of this new party, the case schedule previously ordered would not allow sufficient opportunity for discovery by Peerless. On April 27, 2015, the parties filed a joint status conference report setting forth proposed dates for the amended schedule. (Doc. 55) After having considered the joint statement, the Court **ORDERS**:

    1.    The case schedule[1] (Doc. 25) is amended as follows:

        a.    Non-expert discovery **SHALL** be completed no later than **December 18, 2015** and expert discovery **SHALL** be completed no later than **February 5, 2016**;

---

[1] Except for changes in the deadlines, the case schedule, issued on May 19, 2014, remains in effect and the parties and counsel, including the newly added Defendant Peerless and its attorneys, are **ORDERED** to comply with the instructions and requirements set forth in that order. (Doc. 25)

1           b.        Experts **SHALL** be disclosed no later than **December 18, 2015** and any rebuttal experts disclosed no later than **January 18, 2016**;

         c.        Non-dispositive motions **SHALL** be filed no later than **February 12, 2016**[2] and heard no later than **March 11, 2016**;

         d.        Dispositive motions **SHALL** be filed no later than **March 25, 2016** and heard no later than **May 23, 2016**;

         e.        The pretrial conference is set on **July 19, 2016** at 10:00 a.m. in Courtroom 2 before Judge Ishii;

         f.        The trial is set on **September 13, 2016** at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii, United States District Court Judge.

         g.        **<u>No other modifications to the case schedule (Doc. 25) are authorized and the parties are reminded that they must comply with all requirements of the original case schedule except as modified here.</u>**

    2.      The status conference, currently set on **May 4, 2015** is **VACATED**.

IT IS SO ORDERED.

    Dated:    **April 28, 2015**            **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[2] The date proposed by the parties—January 12, 2016—would not allow for disputes related to experts to be heard.  Thus, the Court selects a date after the close of expert discovery so that any issues related to experts may be resolved before the time for filing dispositive motions.  Likewise, the dates suggested for dispositive motions, the pretrial conference and the trial do not allow sufficient time for the Court to decide motions, etc., and, therefore, could not be selected.