# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO ALANN FELIX GARAY, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No.: 1:14-cv-00138 - AWI - JLT<br><br>ORDER VACATING THE HEARING DATE OF SEPTEMBER 14, 2015<br><br>ORDER GRANTING MOTION TO FILE A THIRD AMENDED COUNTER-CLAIM<br><br>(Doc. 57) |

On August 13, 2015, Defendants and counterclaimants Mary Garcia Rojas, Cynthia Ann Rojas, Christina Montecino, Gabriel Rojas, and Anita Rojas filed a motion, seeking leave to file a Third Amended Counterclaim to add "a necessary counterdefendant Golden Eagle Insurance Corporation pursuant to FRCP 15(a)(2)." (Doc. 57 at 3) Simultaneously, the Rojas parties filed a stipulation signed by the representatives of Plaintiff Nationwide Agribusiness Insurance Company and counter-defendant Peerless Insurance Company, agreeing to the filing of the proposed Third Amended Complaint. (Doc. 57-1 at 63) Accordingly, the Court finds the matter suitable for decision without oral arguments pursuant to Local Rule 230(g).

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The hearing date of September 14, 2015 is **VACATED**;

2. The motion for leave to file a Third Amended Counterclaim (Doc. 57) is **GRANTED**;

3. The Rojas parties **SHALL** file the Third Amended Complaint within seven days of the date of service of this Order; and

4. The parties are advised that no further amendments will be permitted without a showing of exceptional good cause.

IT IS SO ORDERED.

Dated:   **September 9, 2015**            **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE