# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GERARDO ALANN FELIX GARAY, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No.: 1:14-cv-00138 AWI JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 71) |

Before the Court is the stipulation of counsel to extend the deadline by which expert discovery is to be completed. (Doc. 71)  Counsel report that an expert designated by Defendants/counterclaimants is unavailable until after the expert discovery deadline. Id. at 2-3.  In addition, counsel note that the Court recently allowed Counterdefendants, Peerless and Golden Eagle, to file briefs related to the motion for partial summary judgment filed by Defendants/counterclaimants. Id. at 3.  Counsel wish to delay taking the depositions until after the motion is decided. Id.  Based upon the stipulation of the parties, the Court **ORDERS**:

    1.    The deadline to complete expert discovery is **March 21, 2016**.  This deadline is **<u>firm</u>** and **<u>no further extensions of time will be granted</u>** no matter whether the Court has decided the motion for partial summary judgment.

1

**Absolutely no other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

Dated:   **January 25, 2016**                              **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE