UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GERARDO ALANN FELIX GARAY; MARY GARCIA ROJAS; CYNTHIA ANN ROJAS; CHRISTINA MONTECINO; GABRIEL ROJAS; ANITA ROJAS, individually and as Guardian ad Litem for BRANNON JONAH CLAYTON; and DOES 1 to 50 inclusive<br><br>　　　　　　Defendants. | CASE NO.: 1:14-CV-00138-AWI-JLT<br><br>[~~PROPOSED~~] ORDER VACATING JUNE 30, 2016 SETTLEMENT CONFERENCE<br><br>(Doc. 93) |
| MARY GARCIA ROJAS; CYNTHIA ANN ROJAS; CHRISTINA MONTECINO; GABRIEL ROJAS; and ANITA ROJAS,<br><br>　　　　　　Counterclaimants.<br><br>　vs.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY; PEERLESS INSURANCE COMPANY<br><br>　　　　　　Counterdefendants. | |

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA  90017-3457
(213) 488-3900

1  The Court having received and reviewed the stipulation request of the
2  parties confirming they have agreed to conduct a full day mediation in Los
3  Angeles on June 22, 2016, hereby orders that the Mandatory Settlement
4  Conference set for June 30, 2016 at 9:30 a.m. in Bakersfield before Magistrate
5  Judge Jennifer L. Thurston is VACATED.

IT IS SO ORDERED.

   Dated:   **June 9, 2016**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA  90017-3457
(213) 488-3900

-2-

[PROPOSED] ORDER VACATING 6-30-16 MSC
CASE NO.:  1:14-CV-00138-AWI-JLT