**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, ) <br> ) <br>          Plaintiff, ) <br> ) <br>          v. ) <br> ) <br> GERARDO ALANN FELIX GARAY, et al., ) <br> ) <br>          Defendants. ) <br> ) <br>———————————————— ) <br> ) <br> AND RELATED CROSS-CLAIMS ) | Case No.: 1:14-cv-00138 AWI  JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 105) |

On September 19, 2016, the parties notified the Court that the parties have settled the action. (Doc. 105)  Thus, the Court **ORDERS**:

1.      The stipulation to dismiss the action **SHALL** be filed no later than **November 4, 2016**;

2.      All pending dates, conferences and hearings are **VACATED**.

   **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   __September 20, 2016__             _____/s/ **Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE