# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO ALANN FELIX GARAY; MARY GARCIA ROJAS; CYNTHIA ANN ROJAS; CHRISTINA MONTECINO; GABRIEL ROJAS; ANITA ROJAS, individually and as a Guardian ad Litem for BRANNON JONAH CLAYTON; and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants.<br>──────────────────────────/<br><br>MARY GARCIA ROJAS; CYNTHIA ANN ROJAS; CHRISTINA MONTECINO; GABRIEL ROJAS; and ANITA ROJAS,<br><br>　　　　　Counterclaimants.<br><br>　　v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY; PEERLESS INSURANCE COMPANY; GOLDEN EAGLE INSURANCE CORPORATION<br><br>　　　　　Counterdefendants.<br>──────────────────────────/ | 1:14-cv-00138-AWI-JLT<br><br>**ORDER ENTERING DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

1

On January 31, 2014, Plaintiff Nationwide Agribusiness Insurance Company ("Nationwide") filed a complaint for declaratory relief against Defendants Gerardo Garay, Mary Garcia Rojas, Cynthia Ann Rojas, Christina Montecino, Gabriel Rojas, Anita Rojas, and Brannon Clayton ("Defendants"). Doc. 1. On March 3, 2015, Mary Rojas, Cynthia Ann Rojas, Chrstina Montecino, Gabriel Rojas, and Anita Rojas ("Counterclaimants") filed a second amended counterclaim, naming Peerless Insurance Company ("Peerless"). Doc 49. On March 11, 2016, the Court entered a stipulated judgment resolving all claims involving Nationwide. Doc. 78. On September 19, 2016, Plaintiff filed a notice of settlement. Doc. 150.  On November 10, 2016, Peerless and Counterclaimants filed a joint notice of dismissal of the remaining claims in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 108. According to Federal Rule of Civil Procedure 41(a)(1)(B), such notice operates as a dismissal with prejudice.

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   November 14, 2016                                                                   
                                    SENIOR  DISTRICT  JUDGE